# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128623-5(90)

DAYLE TRENTADUE, as Personal
Representative of the Estate of
MARGARETTE F. EBY, Deceased,
    Plaintiff-Appellee,

v

BUCKLER AUTOMATIC LAWN
SPRINKLER COMPANY, SHIRLEY
GORTON, LAURENCE W. GORTON,
JEFFREY GORTON, VICTOR NYBERG,
TODD MICHAEL BAKOS and CARL
L. BEKOFSKE, as Personal Representative
of the Estate of RUTH R. MOTT, Deceased,
    Defendants,
and

MFO MANAGEMENT COMPANY,
    Defendant-Appellant.

_____

SC:    128623, 128624, 128625
COA: 252155, 252207, 252209
Genesee CC: 02-074145-NZ

On order of the Chief Justice, the motion for extension of the time for filing plaintiff-appellee's brief is considered and it is GRANTED. The motion by the Negligence Section of the State Bar for Leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2006

_____
Clerk